

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Carlton & Assocciates Inc., Westpark Wealth Advisors Inc., and
                         Christopher D. Gammon v. Ralph Auguillard et al

Appellate case number:   01-21-00148-CV

Trial court case number: 2019-79102

Trial court:             125th District Court of Harris County

On April 30, 2021, appellants, Carlton & Assocciates Inc., Westpark Wealth Advisors Inc., and Christopher D. Gammon, filed a Motion for Emergency Stay of Proceedings in the Trial Court. Appellants' motion is **denied.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                        Acting individually

Date:  May 11, 2021